McCRANEY Administratrix v. CHILDS, *et al.*

*Appeal from Dubuque District Court.*

SATURDAY, OCTOBER 6.

WRIGHT, J.—Judgment by default. No proof was made that a copy of the notice and petition was directed to defendants as required by section 1826 of the Code, nor excuse shown for the omission. Upon the authority of *Broghill* v. *Lash*, 3 G. Greene 359; *Byington* v. *Crosthwait*, 1 Iowa 149; *McGahen* v. *Carr*, 6 Ib. 331; *Carr* v. *Kopp*, 3 Ib. 80, this proof was requisite. The judgment below as to the appellants is therefore reversed and cause remanded.

Judgment reversed.